**UNITED STATES of America, Appellee,**

v.

**Raymond MARQUEZ, Appellant.**

**No. 452, Docket 73–2199.**

United States Court of Appeals, Second Circuit.

Argued Jan. 22, 1974.

Decided Jan. 22, 1974.

Paul A. Goldberger, New York City (Goldberger, Asness, Feldman & Breitbart, New York City, on the brief), for appellant.

**1384**

John J. Kenney, Asst. U. S. Atty., Southern District of New York, New York City (Paul J. Curran, U. S. Atty., Southern District of New York, John D. Gordon, III, Asst. U. S. Atty., Southern District of New York, New York City, on the brief), for appellee.

Before HAYS, MANSFIELD and OAKES, Circuit Judges.

PER CURIAM:

Affirmed on the opinion of the district court. 363 F.Supp. 802 (S.D.N.Y. 1973).